CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2019

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DALE W. AKERS, | ) |
| | ) |
| Appellant, | ) Civil Action No. 7:19CV00037 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| CHRISTOPHER MICALE, et al., | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Appellees. | ) |

This case is before the court on appeal from the United States Bankruptcy Court for the Western District of Virginia. For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the decision of the bankruptcy court is **AFFIRMED**.

The Clerk is directed to strike this matter from the active docket of the court and to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 13th day of September, 2019.

/s/ Glen Conrad
Senior United States District Judge